IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: JAMES A. MULLEN, III**   \*   CASE NO.: **17-42073**
                                  \*
                                  \*   CHAPTER **13**
     Debtor,                      \*
                                  \*   JUDGE **RUSS KENDIG**
                                  \*
                                  \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**REQUEST FOR HEARING**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Debtor, James A. Mullen, III, by and through his attorney, and hereby respectfully requests a hearing in response to the Motion of U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust for Relief from Stay. The Debtor states as a basis for said request that the Debtor disputes the amount claimed due the creditor set forth in its motion.

For the foregoing reasons, the Debtor respectfully requests that this Honorable Court dismiss the Motion for Relief from Stay or in the alternative that it schedule this matter to be heard before the Court.

                              Respectfully submitted,

                    By,   /s/ ROBERT L. HERMAN
                          ROBERT L. HERMAN
                          Ohio Reg. No.: 0059617
                          Attorney for the Debtor
                          P.O. Box 21
                          Kinsman, Ohio 44428-0021
                          (330) 876-9703

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Hearing was served electronically and/or by regular U.S. Mail, postage prepaid, to the following on this date:

D ANTHONY SOTTILE ESQ
PO BOX 476
LOVELAND OH 45140

OFFICE OF THE US TRUSTEE
NORTHERN DISTICT OF OHIO
US COURTHOUSE
201 SUPERIOR AVENUE
CLEVELAND OH 44114

MICHAEL A GALLO ESQUIRE
5048 BELMONT AVE
YOUNGSTOWN OH 44503

Dated: August 3, 2018.

/S/ ROBERT L. HERMAN
ROBERT L. HERMAN